UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EUGENE BAEHRING,<br><br>Defendant. | CR 4:20-CR-40031<br><br>REDACTED INDICTMENT<br><br>Making a False Statement in the Attempted Acquisition of a Firearm<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) |

The Grand Jury charges:

## COUNT 1

On or about the 30th day of December, 2019, in the District of South Dakota, the Defendant, William Eugene Baehring, in connection with the attempted acquisition of a firearm, to wit: a Benelli Ethos model .28 gauge shotgun with serial number XA17505C19, and a Mossberg 510 model .410 gauge shotgun with serial number V0955223, from Gary's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Gary's Gun Shop, which statement was intended and likely to deceive Gary's Gun Shop, as to a fact material to the lawfulness of such sale of the said firearm to the Defendant under chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he denied having ever been adjudicated as a mental defective on the Form 4473, when in fact as the

Defendant then knew, he had previously been adjudicated as a mental defective, all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT 2

On or about the 4th day of January, 2020, in the District of South Dakota, the Defendant, William Eugene Baehring, in connection with the attempted acquisition of a firearm, to wit: a Mossberg 510 mini model .410 gauge shotgun with serial number V1082776, from Sioux Falls Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Sioux Falls Scheels, which statement was intended and likely to deceive Sioux Falls Scheels, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he denied having ever been adjudicated as a mental defective on the Form 4473, when in fact as the defendant then knew, he had previously been adjudicated as a mental defective, all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL:

**REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____

[2]